No. 72–753. CAPUTO ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. MR.

Justice Douglas would grant certiorari.